# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANDREW METZ,

    Plaintiff,

v.

TINDE, *et al*.,

    Defendants.

Case No. 2:11-CV-01249-KJD-VCF

**ORDER**

    Court mail addressed to Plaintiff has been returned as undeliverable. (See #8). Accordingly, the Court dismisses the Complaint(#6) against defendants without prejudice in accordance with Local Special Rule 2-2 for Plaintiff's failure to update his current address.

**IT IS SO ORDERED.**

    **DATED this 30th day of November 2011.**

_____
**Kent J. Dawson**
**United States District Judge**